## CALAF ET AL. *v.* CALAF.

APELACIÓN procedente de la Corte de Distrito de Arecibo.

No. 493.—Resuelto en febrero 14, 1911.

Resuelto por los fundamentos de la opinión emitida en el caso No. 471 de *Calaf
et al.* v. *Calaf* (pag. 198).

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Antonio Alvarez Nava y
Carlos M. Boerman.*

Abogados de los apelados: *Sres. Carlos López de Tord,
Nemesio, R. Canales y Eduardo Acuña.*

EL JUEZ PRESIDENTE, SR. HERNÁNDEZ, emitió la opinión del
tribunal.

Pronunciada sentencia en el caso arriba expresado por la
Corte del Distrito de Arecibo en 30 de julio del año 1909,
declarando nula la cláusula 8ª. del testamento de Salvador
Calaf Serra otorgado en 24 de marzo de 1902, en la que se
instituye heredero al demandado Federico Calaf Rivera, pre-
sentó éste moción a dicha corte para la concesión de nuevo
juicio, por insuficiencia de la prueba para justificar dicha sen-
tencia y por errores de derecho cometidos en el juicio y a los
cuales había opuesto excepción.

Dicha moción fué resuelta por orden de 9 de diciembre
del mismo año, declarando no haber lugar al nuevo juicio
solicitado, con las costas al peticionario, y contra ella inter-
puso Federico Calaf Rivera recurso de apelación para ante
esta Corte Suprema.

Los errores alegados por la parte apelante en apoyo de
este recurso son casi los mismos que alegó para sostener el
recurso de apelación interpuesto contra la sentencia recaída
en el pleito, cuyo recurso hemos decidido en esta misma
fecha revocando la sentencia apelada con las costas a la parte
demandante, por los fundamentos consignados en la opinión
en que se basa nuestra sentencia.

A esa opinión hemos de referirnos; y cómo nuestra sentencia es por hoy la ley que ha de regular el caso, huelga discutir el presente recurso por carecer de finalidad práctica y ser en su consecuencia innecesario.

El recurso debe desestimarse sin especial condenación de costas.

*Desestimada.*

Jueces concurrentes: Sres. Asociados, MacLeary, Wolf y del Toro.

El Juez Asociado, Sr. Aldrey, no intervino en la resolución de este caso.